**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Andres Carmen Meza,<br><br>            Plaintiff,<br><br>    v.<br><br>Deputy Warden Perkins, et al.,<br><br>            Defendant(s). | No. CV 05-1120-PHX-PGR (LOA)<br><br>**ORDER** |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Anderson, entered on August 29, 2005, and no party having filed any objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 17)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that Respondents' Motion to Dismiss (Doc. 9) is DENIED.

DATED this 26th day of October, 2005.

                                    /s/ Paul G. Rosenblatt
                                    Paul G. Rosenblatt
                                    United States District Judge