**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Andres Carmona Meza,           ) | |
|                                ) | |
|        Plaintiff,              ) | No. 05-CV-1120-PHX-PGR (LOA) |
|                                ) | |
|    v.                          ) | ORDER |
|                                ) | |
| Deputy Warden Perkins, et al.  ) | |
|                                ) | |
|        Defendants.             ) | |
| _____) | |

  Currently pending before the Court is the Plaintiff's Motion in Response to Court Order (Doc. 13), which the Court construes as a motion for reconsideration pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. The Plaintiff, pro se, urges the Court to reevaluate its decision of June 8, 2005 (Doc. 11) denying the Plaintiff's Motion for Change of Judge, Lawrence O. Anderson, Pursuant to Sections 351-364 of Title 28 of the United States Code (Doc. 7).

  Rule 60(b) permits reconsideration of a district court order based on: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59; (3) fraud, misrepresentation, or misconduct by an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the

1 operation of judgment. See Fed. R, Civ. P. 60(b)(1)-(b)(6).  Generally, a motion for
2 reconsideration under Rule 60 should not be granted: (1) there has been an intervening
3 change of controlling law; (2) newly discovered evidence has come to light; or (3) when
4 necessary to correct a clear error or prevent manifest injustice. School District No. 1J v.
5 AcandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  Furthermore, a rule 60(b) motion must be
6 brought within a reasonable time, which cannot be more than one year if the motion is based
7 on mistake, newly discovered evidence, or fraud.  See Fed. R. Civ. P. 60(b).

8 The Court finds the Plaintiff's arguments for reconsideration unpersuasive.  Because
9 he has not shown that the Court erred in denying his motion for a change of judge, that new
10 evidence has come to light, or that there has been an intervening change in the law, see
11 ACandS, 5 F.3d at 1262, reconsideration pursuant to Rule 60(b) is inappropriate.
12 Accordingly,

13 IT IS ORDERED that the Plaintiff's Motion in Response to Court Order (Doc. 13) is
14 DENIED.

15 DATED this 26th day of October, 2005.

Paul G. Rosenblatt
United States District Judge

- 2 -