**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andres Carmen Meza,               ) | |
| ) | |
| Petitioner,         ) | CV 05-1120-PHX-PGR (LOA) |
| ) | |
| v.                 ) | **ORDER** |
| ) | |
| Dora Schriro, et al.,             ) | |
| ) | |
| Respondents.        ) | |

The Court having reviewed *de novo* the Report and Recommendation (Doc. 27) of Magistrate Judge Anderson, entered on December 16, 2005, in light of the Petitioner's objections to the Report and Recommendation, and the Court finding that the Petitioner's objections do not have any merit,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 27)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus by Person in State Custody pursuant to 28 U.S.C. § 2254 **(Doc. 1)** is DENIED. The Clerk of the Court is directed to enter judgment accordingly.

DATED this 20th day of January, 2006.

_____
Paul G. Rosenblatt
United States District Judge