**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andres Carmona Meza,<br><br>    Petitioner,<br><br>v.<br><br>Deputy Warden Perkins, et al.,<br><br>    Respondents. | No. CV 05-1120-PHX-PGR (LOA)<br><br>**ORDER** |

Pending before the Court is Petitioner Andres Carmona Meza's Motion to Stay Appeal and Leave to Remand/ Exhaust in the Supreme AZ Court Pursuant to 28 U.S.C. § 2254 (Doc. 33). On January 23, 2006, this Court adopted in full the report and recommendation of Magistrate Judge Anderson, and Meza's petition was dismissed in its entirety. Soon after, on January 30, 2006, the Petitioner filed his Notice of Appeal to the Ninth Circuit (Doc. 31) appealing the District Court's dismissal of his petition. However, on March 16, 2006, the Petitioner also filed a Motion to Stay Appeal and Leave to Remand his petition to the Arizona Supreme Court in order to exhaust his state remedies pursuant to 28 U.S.C. § 2254.

Due to the fact that the Plaintiff has already filed his Notice of Appeal, this Court is without jurisdiction to consider the pending motion to stay the appeal. Williams v. Woodford, 384 F.3d 567, 586 (9th Cir. 2004). Such jurisdiction lies with the Ninth Circuit Court of Appeals and is no longer vested in the District Court. Therefore,

1     IT IS ORDERED that the Petitioner's Motion to Stay Appeal and Leave to Remand/
2  Exhaust in the Supreme AZ Court Pursuant to 28 U.S.C. § 2254 (Doc. 33) is DENIED due
3  to lack of subject matter jurisdiction.
4     DATED this 24th day of May, 2006.

*[signature]*
Paul G. Rosenblatt
United States District Judge